## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TERRI KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALDI (INDIANA), L.P.,<br><br>　　　　　Defendant. | Case No. 1:15-cv-00805-WTL-DML<br><br>Approved on 3/29/16.<br>s/William T. Lawrence, Judge<br>Notice via ECF |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Terri King, and Defendant ALDI (INDIANA) L.P., having reached an agreement to settle the above-captioned action, hereby stipulate to the dismissal of this case and the claims asserted therein with prejudice.  The parties agree to bear their own attorneys' fees and costs.  All issues and controversies between the parties have been settled and resolved to their mutual satisfaction.

DATED:  March 28, 2016

Respectfully submitted,

| ALDI (INDIANA), L.P. | PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP |
|---|---|
| By:　s/Giselle Perez de Donado<br>　　　One of Its Attorneys | By:　s/Michael L. Schultz<br>　　　One of Its Attorneys |
| Giselle Perez de Donado<br>Bar No. 6283732<br>Seyfarth Shaw LLP<br>131 South Dearborn Street, Suite 2400<br>Chicago, Illinois  60603<br>(312) 460-5000<br>Fax:  (312) 460-7000<br>Email:  gdonado@seyfarth.com<br>*Attorneys for Defendant* | Michael L. Schultz<br>201 North Illinois Street, Suite 300<br>Indianapolis, IN 46204<br>(317) 269-2500<br>Fax: (317) 269-2514<br>Email: mschultz@parrlaw.com<br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2016, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including the following:

>Michael L. Schultz
>Aleasha Joann Boling
>PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP
>201 North Illinois Street, Suite 300
>Indianapolis, IN 46204
>(317) 269-2500
>Fax: (317) 269-2514
>Email: mschultz@parrlaw.com
>         aboling@parrlaw.com

>/s/ *Giselle Perez de Donado*
> Giselle Perez de Donado, Bar No. 6283732
> gdonado@seyfarth.com